```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
GRANT ZEHNDER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY GUILLEBEAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. No S-09-82-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ANTHONY GUILLEBEAU, ) | Date: October 27, 2009 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Anthony Guillebeau, that the Court vacate the jury trial date set for October 27, 2009 at 9:30 a.m.  We respectfully request the Court set the jury trial date for January 5, 2010, at **9:30 a.m.**  The government does not oppose this continuance.  Furthermore, the court ordered the parties to argue the motion to dismiss for destruction of evidence and to address any outstanding discovery issues, and the parties are prepared to argue

on October 27, 2009.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate and make available one of its potential witnesses. 18 U.S.C. § 3161(h)(7)(A). The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from October 20, 2009 through January 5, 2010, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated: October 20, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
ANTHONY GUILLEBEAU

Dated:  October 20, 2009          LAWRENCE G. BROWN
United States Attorney

 signature on original
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 20, 2009

Edmund F. Brennan
United States Magistrate Judge