LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S. 09-082-EFB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND PROTECTIVE |
| v. ) | ORDER REGULATING DISCOVERY AND |
| ) | ORDERING DISCOVERY |
| ANTHONY GUILLEBEAU, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Guillebeau, stipulate and agree, and respectfully request the Court order that:

1. The following documents be disclosed by the Social Security Administration to the Defense Counsel for Anthony Guillebeau pursuant to 20 C.F.R. § 401.180(e)(3):

   A. The "Notice to Pay Rent or Quit" dated October 7, 2008.  Submitted to the Social Security Office by Teresa Marshall on October 7, 2008.

   B. The time sheets of Sandra Soria from September 15, 2008 through October 24, 2008.

   C. The "Visitor Information Report" for Teresa Marshall on October, 7, 2008.

1

|   |   |   |
|---|---|---|
| 1 | | D. The Visitor Information Log otherwise referred |
| 2 | | to as the "VIP" or "Register" with the start |
| 3 | | time of 3:32 p.m. through 4:37 p.m. This |
| 4 | | document will have the following redacted: |
| 5 | | social security numbers, claimant's name, and |
| 6 | | the topic and group. |
| 7 | | E. This information will be disclosed one week from |
| 8 | | the date the order is signed. |
| 9 | 2. | The United States shall turn over additional discovery in |
| 10 | | this case, namely the "VIP" for the Social Security Office |
| 11 | | at 601 Plaza Drive in Vallejo, California, the times |
| 12 | | sheets for Sandra Soria, the Visitor Information Log for |
| 13 | | Teresa Marshall, and the eviction Notice of Teresa |
| 14 | | Marshall ("The Protected Material"). Disclosure of The |
| 15 | | Protected Materials may better facilitate the defendant's |
| 16 | | preparation for trial. |
| 17 | 3. | The Protected Material is now and will forever remain the |
| 18 | | property of the United States. The Protected Material is |
| 19 | | entrusted to counsel for the defendant only for purposes |
| 20 | | of representation in this case. |
| 21 | 4. | Counsel for the defendant shall not make any paper or |
| 22 | | electronic copy of any Protected Material. |
| 23 | 5. | Counsel for the defendant shall not give the Protected |
| 24 | | Material to any person other than counsel's staff or |
| 25 | | investigator. The defendant in this case may not review |
| 26 | | the log in nor the time sheets, nor be aware of their |
| 27 | | contents. The terms "staff" and "investigator" shall not |
| 28 | | be construed to describe any defendant or other person not |

|    |    |    |
|----|----|----|
| 1  |    | either regularly employed by counsel or a licensed |
| 2  |    | investigator hired in this case. |
| 3  | 6. | Any person receiving the Protected Material from counsel |
| 4  |    | for the defendant shall be bound by the same obligations |
| 5  |    | as counsel and, further may not give the Protected |
| 6  |    | Material to anyone (except that the Protected Material |
| 7  |    | shall be returned to counsel). |
| 8  | 7. | Counsel shall maintain a list of persons to whom any |
| 9  |    | Protected Material has been given.  Such persons shall be |
| 10 |    | shown a copy of this Stipulation and Order and shall sign |
| 11 |    | a copy of the Stipulation and Order and note that they |
| 12 |    | understand its terms and agree to them. |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

8. Within twenty days of sentencing, that the defendant's counsel shall destroy the Protected Material and so certify to the attorney for the government.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATE: October 28, 2009       By:   /s/ Robin Taylor
                                   ROBIN R. TAYLOR
                                   Assistant U.S. Attorney

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Lauren D. Cusick
DATE: October 28, 2009             LAUREN D. CUSICK
                                   Counsel for Anthony Guillebeau

**SO ORDERED.**

DATED:   October 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4