BENJAMIN B. WAGNER
United States Attorney
ROBIN TAYLOR
Assistant U.S. Attorney
NATHANIEL CLARK
COLLEEN R. VILLAREAL
Certified Law Clerks, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-0082-EFB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RESCHEDULING BRIEFING AND HEARING AND COURT TRIAL DATES |
| v. | ) | |
| ANTHONY GUILLEBEAU, | ) | TRIAL: March 15, 2010 |
| Defendant. | ) | TIME:  9:30 a.m. |
| | ) | COURT: Hon. Edmund F. Brennan |

The United States, by and through undersigned counsel, and the defendant Anthony Guillebeau, by and through undersigned counsel, hereby agree to the following revised trial schedule:

Trial is rescheduled from March 22, 2010, to March 15, 2010.

The government's trial brief, jury instructions, voir dire, witness list and jury instructions are due on March 11, 2010.

///
///
///
///
///

1   Motions in limine shall be filed no later than March 8, 2010.
2 Reply briefs are due on March 11, 2010.
3 DATED:   February 9, 2010          BENJAMIN B. WAGNER
                                     United States Attorney
4
5
                                by    /s/ Robin R. Taylor
6                                     Robin R. Taylor
                                      Assistant U.S. Attorney
7
8 DATED:   February 9, 2010          DANIEL A. BRODERICK
                                     Federal Defender
9
10                              by    /s/ Lauren Cusick
                                      Lauren Cusick
11                                    Assistant Federal Defender
                                      Counsel for defendant
12
13
14
15                                    ORDER

16   Good cause appearing therefor, the same is hereby ordered.
17 IT IS SO ORDERED.
18 DATED:   February 16, 2010

19                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE